SEWELL

# LAW FIRM OF DAYREL SEWELL, PLLC

599 East 2nd Street, Brooklyn, NY 11218
TEL. (347) 787-6824

Application GRANTED. The IPTC scheduled for November 6, 2026 at 12. p.m. is hereby adjourned to **December 7, 2026** at **2 p.m.** As a reminder, the parties must file their proposed Case Management Plan and Scheduling Order by **November 30, 2026**. *See* ECF No. 12.

The Clerk of Court is directed to terminate ECF No. 14.

SO ORDERED.

Jennifer H. Rearden

Jennifer H. Rearden, U.S.D.J.
Dated: November 2, 2026

**VIA ECF DELIVERY**
Hon. Judge Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Blyumin, et al. v. Samuels, et al.*, 1:26-cv-6103 (JHR)

Dear, Hon. Judge Rearden:

I am Counsel at the LAW FIRM OF DAYREL SEWELL, PLLC, and appearing as attorney of record in the above-referenced matter for Defendants Kamar H. Samuels, in his official capacity as Chancellor of the New York City Department of Education, and the New York City Department of Education ("DOE") (collectively "Defendants").

I write to respectfully request a 30-day adjournment of the initial pretrial conference scheduled for November 6, 2026 and the required relevant joint proposed Case Management Plan.

Defendants' counsel reached out to Plaintiff's counsel for the consent referenced herein on October 26, 2026, the first business day following the Court's October 23, 2026 order scheduling the initial pretrial conference (ECF No. 12). As of the filing of this letter motion, Plaintiff's counsel has failed to respond to the request for consent to an extension and/or adjournment by the requested response time. Therefore, we are obliged to seek the relief requested above from the court in accordance with Your Honor's rules. No previous request has been made by Defendants, and it does not affect any other dates in this action. There are

currently no scheduled appearances other than the initial pretrial conference.

Defendants request this extension because the Defendants' principal trial counsel currently has extended travel obligations, and needs an extension of time to appear and work on the proposed CMP with Plaintiff's counsel. As such, Defendants request an adjournment of the initial pretrial conference by thirty (30) days, from November 6, 2026 to December 6, 2026.

Please be advised that, on October 28, 2026, Judge Furman's Order (ECF No. 13) concerning Plaintiff has been filed in this matter and it is respectfully requested that the court carefully review the same.

Thank you for your consideration.

Respectfully submitted,

/s/

Min Jung Kim, Esq.
LAW FIRM OF DAYREL SEWELL, PLLC
599 E. 2nd Street
Brooklyn, NY 11218
Tel.: (347) 787-6824
E-mail: mk@sewellnylaw.com

*Attorneys for New York City Defendants*

cc: Jeffrey Arlen Spinner, Esq. (via ECF)
Rory J. Bellantoni. Esq. (via ECF)
*Attorneys for Plaintiff*